**No. D-2476. In the Matter of Disbarment of Steven R. Lapidus.**

562 U.S. 958, 131 S. Ct. 500, 178 L. Ed. 2d 318, 2010 U.S. LEXIS 7869.

October 12, 2010. Disbarment entered.

Former order, 561 U.S. 1043, 131 S. Ct. 40, 177 L. Ed. 2d 1130, 2010 U.S. LEXIS 5604.

---

**No. D-2483. In the Matter of Disbarment of Donald F. Mintmire.**

562 U.S. 958, 131 S. Ct. 500, 178 L. Ed. 2d 318, 2010 U.S. LEXIS 7857.

October 12, 2010. Disbarment entered.

Former order, 561 U.S. 1044, 131 S. Ct. 42, 177 L. Ed. 2d 1131, 2010 U.S. LEXIS 5613.

---

**No. D-2493. In the Matter of Disbarment of David A. Ehrlich.**

562 U.S. 958, 131 S. Ct. 500, 178 L. Ed. 2d 318, 2010 U.S. LEXIS 7885.

October 12, 2010. Disbarment entered.

Former order, 561 U.S. 1046, 131 S. Ct. 43, 177 L. Ed. 2d 1133, 2010 U.S. LEXIS 5617.

---

**No. 10-6804 (10A349). Donald Ray Wackerly, II, Petitioner v. Oklahoma.**

562 U.S. 978, 131 S. Ct. 500, 178 L. Ed. 2d 318, 2010 U.S. LEXIS 8127.

October 14, 2010. Application for stay of execution of sentence of death, presented to Justice Sotomayor, and by her referred to the Court, denied. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied.

Same case below, 237 P.3d 795.

---

**No. 10-5685 (R46-001). In re Steven Wayne Goodman, Petitioner.**

562 U.S. 978, 131 S. Ct. 501, 178 L. Ed. 2d 318, 2010 U.S. LEXIS 8128.

October 15, 2010. The petition for writ of mandamus in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

---

**No. 10-51 (R46-002). Miami Police Department Chief John Timoney, in His Individual Capacity, et al., Petitioners v. Jeffrey Keating, et al.**

562 U.S. 978, 131 S. Ct. 501, 178 L. Ed. 2d 318, 2010 U.S. LEXIS 8324.

October 15, 2010. The petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit in the above-entitled case was dismissed today pursuant to Rule 46.1 of the Rules of this Court.

Same case below, 598 F.3d 753.